**Dismissed and Opinion Filed October 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00269-CV

### IN RE TONY RAMJI, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06945**

# MEMORANDUM OPINION ON MOTION FOR REHEARING

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Stoddart

Before the Court is relator's motion for rehearing and the parties' agreed motion to dismiss.

We grant the agreed motion to dismiss, deny relator's motion for rehearing as moot, and dismiss

this original proceeding.  *See* TEX. R. APP. P. 42.1(a).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

180269HF.P05